**Fill in this information to identify your case:**

Debtor 1: **Carolyn Marie Stumpf**
First Name   Middle Name   Last Name

Debtor 2: **Kurt Blair Stumpf**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known): **19-08699-JMC**

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7  12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **21st Mortgage Corp** <br><br> Description of property securing debt: **2202 Duck Lane Indianapolis, IN 46234  Marion County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ■ Yes |
| Creditor's name: **Eagle Finance Co** <br><br> Description of property securing debt: **secured by electronics and household furniture** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No <br> ■ Yes |
| Creditor's name: **Heights Finance Corp** <br><br> Description of property: **Secured buy household goods and electronics** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ☐ No <br> ■ Yes |

Official Form 108  Statement of Intention for Individuals Filing Under Chapter 7  page 1

| Debtor 1 | **Carolyn Marie Stumpf** | | |
|---|---|---|---|
| Debtor 2 | **Kurt Blair Stumpf** | Case number *(if known)* | **19-08699-JMC** |

| | securing debt: | | **avoid lien using 11 U.S.C. § 522(f)** | |
|---|---|---|---|---|
| Creditor's name: | **Holiday Park** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**retain and pay** | ☐ No<br>■ Yes |
| Description of property securing debt: | **2900 Appression Way Kokomo, IN 46901  Howard County Dutch Double Wide Mobile Home** | | |
| Creditor's name: | **Mariner Finance, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
| Description of property securing debt: | **Personal Loan secured by household goods and electronics** | | |
| Creditor's name: | **MDG** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **rent to own electronics** | | |
| Creditor's name: | **OneMain Financial** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **2012 Buick Enclave 110,000 miles** | | |
| Creditor's name: | **OneMain Financial** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **1999 Dodge Ram 200000 miles Not Running - engine doesn't work** | | |

| Part 2: | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Acima Credit** | ■ No<br>☐ Yes |

| | | |
|---|---|---|
| Debtor 1 | **Carolyn Marie Stumpf** | |
| Debtor 2 | **Kurt Blair Stumpf** | Case number *(if known)* **19-08699-JMC** |

| | |
|---|---|
| Description of leased Property: | **reject lease for furniture** |
| Lessor's name: | **MDG** |

■ No
☐ Yes

| | |
|---|---|
| Description of leased Property: | **reject rent to own contract for electronics** |

## Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X _____  
**Carolyn Marie Stumpf**  
Signature of Debtor 1

Date _____

X _____  
**Kurt Blair Stumpf**  
Signature of Debtor 2

Date _____